**CYNDEE L. PETERSON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 East Front St., Ste 401**
**Missoula, MT 59802**
**Phone:   (406) 542-8851**
**FAX:     (406) 542-1476**
**Email:   Cyndee.Peterson@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RHIANNON NICOLE SIRIDEAN, Defendant. | CR 05-24-M-CCL<br><br>**MOTION TO DISMISS PETITION AND QUASH WARRANT** |
|---|---|

In April 2009, the U. S. Probation Office petitioned the Court to revoke the defendant's release asserting she violated her conditions of supervision. Upon that request, the Court issued an arrest warrant for the above-named defendant which directed the U.S. Marshal to locate and arrest the defendant.

The U.S. Marshal's office contacted the undersigned and stated that, to date, the U.S. Marshal has been unable serve the arrest warrant. It appears the defendant fled the United States and has not returned. The U.S. Probation Office requested the government file a motion to quash the warrant of arrest as it is not in the interests of justice to pursue the U.S. Probation Office's petition to revoke.

The United States moves to dismiss the petition to revoke and to quash the outstanding warrant of arrest.

Respectfully submitted this 7th day of May, 2024.

JESSE A. LASLOVICH
United States Attorney

/s/Cyndee L. Peterson
Assistant U.S. Attorney
Attorney for Plaintiff