IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RHIANNON NICOLE SIRIDEAN,<br><br>Defendant. | CR 05–24–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Motion to Dismiss Petition and Quash Arrest Warrant. (Doc. 78.) The United States represents that the Arrest Warrant issued on April 29, 2009, should be quashed because the United States Marshals Service has been unable to serve the warrant and believes that Defendant has fled the United States. (*Id.*) The United States takes the position that it is no longer in the interests of justice to pursue the United States Probation Office's Petition for Warrant or Summons for Offender under Supervision. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 78) is GRANTED. The Petition for Warrant or Summons for Offender under Supervision (Doc. 75) is DISMISSED and the Warrant for Arrest of Defendant Rhiannon Nicole Siridean (Doc. 76) is hereby QUASHED.

DATED this 10th day of May, 2024.

Dana L. Christensen, District Judge
United States District Court

-1-