Prob 19
(Rev. 08/02)

**United States District Court
for the
District of Montana**

RECEIVED
MAY 0 5 2009
USMS Billings

**FILED**
APR 2 9 2009
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, HELENA

U.S.A. vs   Rhiannon Nicole Siridean
            aka Deborah Nicholette Sheridan
            aka Deborah Ann Moorefield

Docket No. CR 05-24-M-CCL

TO: Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT  Rhiannon Nicole Siridean || SEX  F | RACE  W | AGE  49 |
| ADDRESS(STREET, CITY, STATE)  Unknown |||||
| SENTENCE IMPOSED BY (NAME OF COURT)  District of Montana, Missoula Division |||||
| CLERK  Patrick E. Duffy | (BY) DEPUTY CLERK ||| DATE |

*Charles C. Lovell*
Senior United States District Judge

4/29/09
Date

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED  05/05/2024 || DATE EXECUTED  05/10/2024 |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| USMS, 201 E. BROADWAY, MISSOULA MT 59802 ||||
| NAME  ANDERSON - USM | (BY) || DATE  05/13/2024 |